IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JENNIFER DENISE PATTERSON,

     Plaintiff,

v.                            No. 13-1040

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

     Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING THE
DECISION OF THE ALJ
_____

Before the Court is Plaintiff Jennifer Denise Patterson's appeal of the final decision of the

Commissioner of Social Security (the "Commissioner") denying her application for disability

insurance benefits and supplemental security income. Pursuant to an order of reference dated

October 17, 2016 (Docket Entry ("D.E.") 16), United States Magistrate Judge Tu M. Pham, on

December 16, 2016, entered a report and recommendation, recommending that the determination

of the Commissioner be affirmed (D.E. 17). As no objections to the magistrate judge's report

and recommendation have been filed and the time for such objections has expired, and upon

review of the record, the report and recommendation is hereby ADOPTED and the decision of

the Commissioner is AFFIRMED.

IT IS SO ORDERED this 10th day of January 2017.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE